IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-rj-00001

HICA EDUCATION LOAN CORPORATION BY
AND THROUGH ITS AGENT SALLIE MAE, Inc.,

    Plaintiff,

v.

JEFFREY E. PARHAM,

    Defendant.

---

ORDER GRANTING MOTION TO SUBSTITUTE CAPTION

---

On motion of the United States of America, and good cause appearing, it is hereby ordered that the caption in the above case shall be amended to substitute the United States of America as plaintiff, in place of HICA Education Loan Corporation by and through its servicing agent Sallie Mae, Inc..

_March 1, 2013_
Date

_[signature]_
UNITED STATES MAGISTRATE JUDGE